UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-20486-CR-LENARD/O'SULLIVAN

UNITED STATES OF AMERICA,
    Plaintiff,

v.

YUNIOR ALONSO,
    Defendant.
_____/

### ORDER

THIS MATTER came before the Government's Motion to Unseal Defendant's Ex Parte Motion under Seal (DE# 36, 10/30/12). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that the Government's Motion to Unseal Defendant's Ex Parte Motion under Seal (DE# 36, 10/30/12) is **DENIED**. The government seeks to unseal the defendant's Ex Parte Under Seal Motion in Support of Request for Taking Foreign Depositions and Attachments (DE# 28, 10/9/12) and any Jencks[1] material relating to the deposition of foreign witnesses. The undersigned has reviewed the sealed motion and attachments. The motion and attachments do not constitute Jencks Act or Fed. R. Crim. P. 26.2 material as to the Cuban nationals that are to be deposed. The Jencks Act and Rule 26.2 do not compel the disclosure of the information sought by the government.[2]

DONE AND ORDERED in Chambers, at Miami, Florida this **27th** day of November, 2012.

                                                              _____
                                                              JOHN J. O'SULLIVAN
                                                              UNITED STATES MAGISTRATE JUDGE

Copies provided to:
United States District Judge Lenard
All counsel of record

---

[1] Jencks v. United States, 353 U.S. 657 (1957).

[2] In its reply, the government objects to the introduction of these depositions at trial. See Government's Reply to Defense Response to Unseal Motion (DE# 45 at 1, 11/26/12). The admissibility of this evidence at trial will be determined by Judge Lenard.